IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-35061-H1-13 |
| | § | |
| DAYANA ALEXANDER | § | CHAPTER 13 |
| | § | |
| Debtor(s) | § | RESIGNATION OF |
| TRUSTEE | | CHAPTER 13 TURSTEE |

I, David G. Peake, Chapter 13 Trustee, hereby resign as trustee in the above entitled case, due to the fact that Judge Sandra Peake, my spouse, is involved in litigation in Federal Court with the debtor.

I have received no money on account of this estate, and will file a final accounting that reflects all funds received.

WHEREFORE, I declare under penalty of perjury that the foregoing report is true and correct and I request this report be approved and that I be discharged as trustee.

Dated:      September 4, 2025

_____
Trustee
David G. Peake
9660 Hillcroft, #430
Houston, TX 77096

CERTIFICATION OF REVIEW

The United States Trustee has reviewed and approved the foregoing report for Compliance with Title 11.

Dated: 09/04/2025                                            UNITED STATES TRUSTEE
                                                             REGION 7

By:  /s/ Jana Smith Whitworth
     Trial Attorney                                          Bankruptcy Analyst