United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 11, 2025
Nathan Ochsner, Clerk

# UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| IN RE:  DAYANA ALEXANDER., *Debtor* | CAUSE NO.: 25-35061  CHAPTER 13 |
|---|---|

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENTS, AND CHAPTER 13 PLAN

Upon consideration of the Motion for Extension of Time filed by the pro se Debtor, Dayana Alexander, the deadline for filing the schedules, statements, and Chapter 13 plan is extended to **October 7, 2025. The deadline for filing the creditor matrix is extended to September 18, 2025.**

**SO ORDERED.**

Signed: September 11, 2025

_____
Marvin Isgur
United States Bankruptcy Judge