IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 25-35061-H1-13 |
| | § | |
| DAYANA ALEXANDER, | § | |
| | § | |
| DEBTOR | § | CHAPTER 13 |

## Trustee's Motion to Reassign Judge

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY.  YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU.  YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED.  IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING.  UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

Tiffany D. Castro, Trustee, moves the Court for entry of an order reassigning this case from the Hon. Marvin Isgur to a judge that Trustee is assigned to for Houston Division confirmation and dismissal panels, such as Hon. Jeffrey P. Norman, Hon. Alfredo R. Perez, or Hon. Eduardo V. Rodriguez, and in support thereof shows the following:

1.     On August 29, 2025, Debtor filed a petition in the Southern District of Texas (docket #1).

2.     The case was assigned to David G. Peake, Chapter 13 Trustee, and placed on the Hon. Marvin Isgur's docket.

3.     On September 4, 2025, a rejection of appointment was filed for David G. Peake, Chapter 13 Trustee.

4.     The United States Trustee then appointed the undersigned, Tiffany D. Castro, as successor trustee. The undersigned Trustee is not assigned to Judge Isgur's Houston Division dockets.

5. Trustee requests the reassignment of judge for administrative ease and efficiency of hearing scheduling. Trustee has Houston confirmation and dismissal panels for Hon. Jeffrey P. Norman, Hon. Alfredo R. Perez, and Hon. Eduardo V. Rodriguez.

6. Trustee would have to set special settings and reminders to ensure hearings were not missed if placed on dates outside set Houston panels.

7. There will be no prejudice to any party as the case will remain in the Houston Division of the Southern District of Texas.

8. Pursuant to Bankruptcy Local Rule 1014-1, "on a motion of a party in interest or on its own motion the judge may transfer a case, an adversary proceeding, or a contested proceeding to another judge or division in this district."

9. Trustee respectfully requests that the Court transfer this case from the Hon. Martin Isgur's docket to one of the Trustee's assigned Houston Bankruptcy Judges, Hon. Alfredo R. Perez, Hon. Eduardo V. Rodriguez, or Hon. Jeffrey P. Norman. If the Court declines the reassignment, Trustee respectfully requests that Trustee be allowed to set hearings for this this case on designated Victoria panel hearing dates. Trustee has Hon. Marvin Isgur for Victoria settings and could add this case to those panel dates.

For these reasons, Trustee prays for entry of an order reassigning this case to a Judge on Trustee's Houston Division dockets and for such other and further relief to which Trustee may be entitled.

**RESPECTFULLY SUBMITTED,**

/s/Tiffany D. Castro
Tiffany D. Castro, Chapter 13 Trustee
Admissions Id. No. 1419995
Cristina Rodriguez, Staff Attorney
Admissions Id. No. 982863
Patrick J. Gilpin, Jr., Staff Attorney
Admissions Id. No. 870352
Michael L. Hardwick, Staff Attorney
Admissions Id. No. 3065088
1220 Augusta Dr. Suite 500
Houston, Texas 77057
(713) 722-1200 Telephone
(713) 722-1211 Facsimile
legal@ch13hou.com

## Certificate of Service

      I certify that this pleading was sent to Debtor, Debtor's Attorney, the U.S. Trustee, all parties requesting notice, and all creditors listed on the mailing matrix on file with the Court and attached herein, either electronically on September 12, 2025, or via U.S. First Class Mail no later than September 15, 2025, as set forth in the BNC Certificate of Mailing.

      /s/ *Tiffany D. Castro*
      Tiffany D. Castro, Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 25-35061<br>Southern District of Texas<br>Houston<br>Fri Sep 12 14:15:05 CDT 2025 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | Capital One Auto Finance<br>P.O. Box 60511<br>City of Industry, CA 91716-0511 |
| Comenity Bank/Kohl's<br>P.O. Box 182273<br>Columbus, OH 43218-2273 | Cypress-Fairbanks Independent School Distric<br>c/o Harris County Tax Assessor-Collector<br>P.O. Box 3547<br>Houston, TX 77253-3547 | Fairfield Central Neighborhood Association I<br>c/o FirstService Residential<br>2925 Briarpark Dr., Ste 700<br>Houston, TX 77042-3729 |
| Fairfield Village Community Association Inc.<br>c/o FirstService Residential<br>2925 Briarpark Dr., Ste 700<br>Houston, TX 77042-3729 | Harris County M.U.D. #322<br>c/o Assessment of the Southwest, Inc.<br>P.O. Box 1368<br>Friendswood, TX 77549-1368 | (p)HARRIS COUNTY ATTORNEY'S OFFICE<br>P O BOX 2848<br>HOUSTON TX 77252-2848 |
| Harris County WCID #155<br>c/o Assessment of the Southwest, Inc.<br>P.O. Box 1368<br>Friendswood, TX 77549-1368 | INTERNAL REVENUE SERVICE<br>P O Box 7346<br>Philadelphia PA 19101-7346 | Navy Federal Credit Union<br>P.O. Box 3000<br>Merrifield, VA 22119-3000 |
| Synchrony Bank/Walmart<br>P.O. Box 965005<br>Orlando, FL 32896-5005 | U.S. Department of Education<br>Aidvantage<br>P.O. Box 963881<br>Houston, TX 77296 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |
| Wells Fargo Bank NA<br>P.O. Box 17900<br>Denver, CO 80217-0900 | Dayana Alexander<br>PO Box 114<br>Hockley, TX 77447-0114 | Tiffany D Castro<br>1220 Augusta Drive<br>Ste 500<br>Houston, TX 77057-2263 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Harris County Tax Assessor-Collector<br>Annette Ramirez<br>P.O. Box 3547<br>Houston, TX 77253-3547 | End of Label Matrix<br>Mailable recipients    17<br>Bypassed recipients     0<br>Total                  17 |