UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   25-35061 |
| DAYANA  ALEXANDER | § | |
| DEBTOR(S), | § | CHAPTER   13 |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**CYPRESS-FAIRBANKS ISD**     **LONE STAR COLLEGE SYSTEM**     **HARRIS CO ESD # 09**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on __17th__ day of __September__, 2025, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

TIFFANY D CASTRO                         DAYANA  ALEXANDER
OFFICE OF CHAPTER 13 TRUSTEE   PO BOX 114
1220 AUGUSTA DRIVE, STE 500       HOCKLEY, TX 77447
HOUSTON, TX 77057

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO Box 3064
HOUSTON, TX 77253-3064
Telephone:   (713) 844-3400
Facsimile:    (713) 844-3503
Email:          houston_bankruptcy@lgbs.com

By: /s/ Tara L. Grundemeier
   Tara L. Grundemeier
   SBN: 24036691 TX