25-35061

Capital One Auto Finance
P.O. Box 60511
City of Industry, CA 91716

United States Courts
Southern District of Texas
FILED

SEP 17 2025

Nathan Ochsner, Clerk of Court

Comenity Bank/Kohl's
P.O. Box 182273
Columbus, OH 43218


Cypress-Fairbanks Independent School District
c/o Harris County Tax Assessor-Collector
P.O. Box 3547
Houston, TX 77253-3547


Fairfield Central Neighborhood Association Inc.
c/o FirstService Residential
2925 Briarpark Dr., Ste 700
Houston, TX 77042


Fairfield Village Community Association Inc.
c/o FirstService Residential
2925 Briarpark Dr., Ste 700
Houston, TX 77042


Harris County M.U.D. #322
c/o Assessment of the Southwest, Inc.
P.O. Box 1368
Friendswood, TX 77549


Harris County Tax Assessor-Collector
Annette Ramirez
P.O. Box 3547

Houston, TX 77253-3547


Harris County WCID #155
c/o Assessment of the Southwest, Inc.
P.O. Box 1368
Friendswood, TX 77549


Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119-3000


Synchrony Bank/Walmart
P.O. Box 965005
Orlando, FL 32896


Aidvantage
Federal Student Aid Loan Servicing
P.O. Box 300001
Greenville, TX 75403-3001


Wells Fargo Bank NA
P.O. Box 17900
Denver, CO 80217