United States Bankruptcy Court
Southern District of Texas

**ENTERED**

September 17, 2025

Nathan Ochsner, Clerk

**Fill in this information to identify the case:**

Debtor 1     Dayana                              Alexander
             First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name     Last Name

United States Bankruptcy Court for the:                 District of

Case number     25-35061-H1-13
(If known)

Chapter filing under:

- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that:

[✔] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[ ] The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ 100.00 | 09/02/2025 |
| | Month / day / year |
| $ 71.00 | 09/26/2025 |
| | Month / day / year |
| $ 71.00 | 10/28/2025 |
| | Month / day / year |
| + $ 71.00 | 11/26/2025 |
| | Month / day / year |
| Total  $ 313.00 | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

Signed: September 17, 2025

Jeffrey P. Norman
United States Bankruptcy Judge