United States Bankruptcy Court
Southern District of Texas

**ENTERED**

September 18, 2025

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 25-35061 |
| DAYANA ALEXANDER, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 13 |

### ORDER DENYING MOTION FOR PERMISSION TO FILE ELECTRONICALLY

This matter is before the Court on the Motion for Permission to Participate in Electronic Case Filing (ECF No. 16) filed by *pro se* debtor. The Court requires all pro se parties to file documents over the counter at the office of the Clerk of the Court due to the consequences of incorrect electronic filing in CM/ECF.[1] Over the counter filings may occur in person, by mail or by delivery to:  Clerk, United States Courts, at 515 Rusk, Houston, Texas 77002.

**THEREFORE, IT IS ORDERED** that the Motion for Permission to Participate in Electronic Case Filing (ECF No. 16) is denied.

SIGNED 09/18/2025

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] Filing in CM/ECF is complicated. The Court runs automated reports based on the filing codes in CM/ECF. Electronically filed documents that are incorrectly filed will not be promptly reviewed by the Court. Pro Se litigants who are untrained in the use of CM/ECF almost universally incorrectly file documents in CM/ECF. While the requirement of over-the-counter filings to Pro Se litigants seems punitive it does ensure that their filings are correctly reviewed by the Court.