# UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

IN RE:

**DAYANA ALEXANDER.,**

*Debtor*

CAUSE NO.: 25-35061

CHAPTER 13

United States Courts
Southern District of Texas
F I L E D

OCT 0 3 2025

Nathan Ochsner, Clerk of Court

**EX PARTE MOTION OF VOLUNTARY DISMISSAL OF CHAPTER 13 BANKRUPTCY**

**NOW COMES** Debtor, DAYANA ALEXANDER and states as follows:

1. I desire to have my chapter 13 case dismissed immediately.

2. I also acknowledge all legal repercussions of dismissing my case.

WHEREFORE, Debtor prays this Honorable Court grants this motion and dismiss Chapter 13 Case 25-35061 without prejudice.

**Dated: October 03, 2025.**

Respectfully submitted by,

*/s/ Dayana Alexander*
Dayana Alexander
Pro Se Debtor

P.O. Box 114
Hockley, Texas 77447
contact@agapeconsultations.com

## Certificate of Service

I hereby certify that on October 03, 2025, a true and correct copy of the foregoing Motion for Voluntary Dismissal was served via first-class mail, postage prepaid, on the following parties:

**Tiffany D. Castro, Chapter 13 Trustee**
**1220 Augusta Drive, Suite 500**

**Houston, TX 77057**

**U.S. Trustee, Region 7**
**515 Rusk Avenue, Suite 3516**

**Houston, TX 77002**

Respectfully submitted by,

*/s/ Dayana Alexander*
Dayana Alexander
P.O. Box 114
Hockley, Texas 77447
contact@agapeconsultations.com

# UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br>**DAYANA ALEXANDER.,**<br>   *Debtor* | CAUSE NO.: 25-35061<br><br>CHAPTER 13 |

## ORDER FOR VOLUNTARY DISMISSAL OF CHAPTER 13 BANKRUPTCY CASE

The above-captioned Debtor, having filed a petition for relief under Chapter 13 of the Bankruptcy Code and now desiring to voluntarily dismiss the case, and in consideration of the Debtor's Ex Parte Motion for Voluntary Dismissal of Chapter 13 Bankruptcy Case,

**IT IS HEREBY ORDERED** that Chapter 13 Case No. 25-35061 is dismissed without prejudice.

Signed on _____, 2025.

_____
United States Bankruptcy Judge